```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
Jordi Cuenca Aubets, *individually and on behalf of all*     :
*others similarly situated*,                                  :
                                            Plaintiff,        :        18 CV 10882 (VEC)
                                                              :
                -against-                                     :        ORDER
                                                              :
OvaScience, Inc., Christopher Kroeger, Richard                :
Aldrich, Jeffrey Capello, Mary Fisher, Jonathan Howe,         :
Marc Kozin, and John Sexton,                                  :
                                            Defendants.       :
                                                              :
------------------------------------------------------------- X

------------------------------------------------------------- X
                                                              :
Amanda Kim, *Individually and on Behalf of All Others*       :
*Similarly Situated*,                                         :
                                            Plaintiff,        :        18 CV 10939(VEC)
                                                              :
                -against-                                     :        ORDER
                                                              :
OvaScience, Inc., Christopher Kroeger, Richard                :
Aldrich, Jeffrey Capello, Mary Fisher, Jonathan Howe,         :
Marc Kozin, and John Sexton,                                  :
                                            Defendants.       :
                                                              :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 27, 2019, the Court ordered Plaintiffs in the two above-captioned matters to show good cause, on or before March 15, 2019, why their respective actions should not be dismissed for failure to serve, No. 18-CV-10882, Dkt. 3; No. 18-CV-10939, Dkt. 6; and

    WHEREAS no Plaintiff has filed a response to this Court's Order to Show Cause;

      IT IS HEREBY ORDERED that both of the above-captioned matters are dismissed for failure to serve.  The Clerk of Court is respectfully requested to terminate all pending deadlines and motions and to close both cases.

**SO ORDERED.**

Date:  March 18, 2019  
       New York, NY

                                              **VALERIE CAPRONI**  
                                              **United States District Judge**